IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>*Plaintiff,*<br><br>v.<br><br>**LAMAR ROBERT JOHNSON**<br>*Defendant.* | § § § § § § § § § | NO. 6:20-CR-00104-ADA |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 79. The Report recommends that Defendant's supervised release be revoked, and he be given a sentence of time served, followed by a thirty-five (35) month term of supervised release with the previously-imposed standard and special conditions and with the additional special conditions that Defendant attend anger management counseling or classes as directed by probation, have no contact with the victim, Krista Lanette Oaks, of the State charge underlying his violation, and attend mental health treatment and counseling as directed by probation. *Id.* at 3. The Report was filed on August 22, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Here, Defendant and the Government waived the 14-day rule to file objections. ECF No. 78.

When no objections are filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no

timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the Report and Recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland, ECF No. 79, is **ACCEPTED AND ADOPTED**. **IT IS ORDERED** that Defendant's supervised release is hereby revoked, and he is given a sentence of time served, followed by a thirty-five (35) month term of supervised release with the previously-imposed standard and special conditions and with the additional special conditions that Defendant attend anger management counseling or classes as directed by probation, have no contact with the victim, Krista Lanette Oaks, of the State charge underlying his violation, and attend mental health treatment and counseling as directed by probation.

**SO ORDERED** this 22nd day of August, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE